## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Jeffry T. Murphy            CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 25-22854 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of LoanDepot and index same on the master mailing list.

Respectfully submitted,

/s/ Matthew Fissel
Matthew Fissel
27 Oct 2025, 16:08:41, EDT

Denise Carlon, Esq. (317226) ☐
Matthew Fissel, Esq. (314567) ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com