IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Jeffry T. Murphy                                :        Case No. 25-22854-GLT
                                                :        Chapter 13
                Debtor(s)                       :
Ronda J. Winnecour, Chapter 13                  :        Related to Document 26
Trustee                                         :
                Movant(s)                        :        Hearing: 4/22/26 at 10:00 a.m.
                vs.                              :
Jeffry T. Murphy                                :
                                                :
                Respondent(s)                   :

<u>CERTIFICATION OF NO OBJECTION REGARDING
TRUSTEE'S ORAL MOTION TO DISMISS</u>

The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's MOTION/OBJECTION filed on March 18, 2026 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Motion/Objection appears thereon.  Pursuant to the Notice of Hearing, responses were to be filed and served no later than April 6, 2026.

4/7/2026                                /s/ Ronda J. Winnecour
                                        Ronda J. Winnecour (PA I.D. #30399)
                                        Attorney and Chapter 13 Trustee
                                        U.S. Steel Tower – Suite 3250
                                        600 Grant Street
                                        Pittsburgh, PA  15219
                                        (412) 471-5566
                                        cmecf@chapter13trusteewdpa.com