**Form 309**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Jeffry T. Murphy** | : | Case No. 25–22854–GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | Related Dkt.No. 25 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

AND NOW, this **The 8th of April, 2026,** after notice and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above–captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13–FR–S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

_____

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                              Case No. 25-22854-GLT

Jeffry T. Murphy                                                                        Chapter 13

　　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                    User: auto                                                      Page 1 of 3

Date Rcvd: Apr 08, 2026                          Form ID: pdf900                                    Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                     regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffry T. Murphy, 341 Nature Trail Lane, Murrysville, PA 15668-1209 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 09 2026 00:26:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 16606363 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 09 2026 00:42:41 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 16600075 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 09 2026 00:26:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 16615314 | | Email/PDF: bncnotices@becket-lee.com | Apr 09 2026 00:42:50 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 16600076 | + | Email/PDF: bncnotices@becket-lee.com | Apr 09 2026 00:42:33 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 16600077 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Apr 09 2026 00:26:00 | Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington, DE 19886 |
| 16616014 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Apr 09 2026 00:26:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 16600078 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 09 2026 00:42:32 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 16607191 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 09 2026 00:42:32 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 16600079 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 09 2026 00:42:41 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 16600080 | + | Email/Text: bankruptcy@clearviewfcu.org | Apr 09 2026 00:27:00 | Clearview FCU, Attn: Bankruptcy, 8805 University Boulevard, Moon Township, PA 15108-4212 |
| 16600081 | | Email/Text: mrdiscen@discover.com | Apr 09 2026 00:26:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City, UT 84130 |
| 16600082 | | Email/Text: collecadminbankruptcy@fnni.com | Apr 09 2026 00:26:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 16600083 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 09 2026 00:26:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 16614588 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 09 2026 00:27:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |

District/off: 0315-2 | User: auto | Page 2 of 3

Date Rcvd: Apr 08, 2026 | Form ID: pdf900 | Total Noticed: 29

| Recip ID | | Notice Type | Time | Name and Address |
|---|---|---|---|---|
| 16608647 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Apr 09 2026 00:26:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 16600084 | + | Email/Text: bknotification@loandepot.com | Apr 09 2026 00:27:00 | LoanDepot, Attn: Bankruptcy, 26642 Towne Center, Foothill Ranch, CA 92610-2808 |
| 16622431 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 09 2026 00:26:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 16600085 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 09 2026 00:26:00 | PNC Financial/PNC Bank, Attn: Bankruptcy, 300fifth Ave, Pittsburgh, PA 15222 |
| 16613579 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 09 2026 00:42:33 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 16605156 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 09 2026 00:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 16615849 | | Email/Text: bnc-quantum@quantum3group.com | Apr 09 2026 00:27:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 16600086 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 09 2026 00:42:41 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16600087 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 09 2026 00:42:41 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16620526 | | Email/Text: BNCnotices@dcmservices.com | Apr 09 2026 00:26:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 16600088 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Apr 09 2026 00:42:41 | Wells Fargo Bank NA, Attn: Bankruptcy, Po Box 393, Minneapolis, MN 55480-0393 |
| 16618039 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Apr 09 2026 00:42:32 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 16616925 | + | Email/Text: bknotification@loandepot.com | Apr 09 2026 00:26:00 | loanDepot.com, LLC, 5465 Legacy Drive, Suite 400, Plano, TX 75024-3192 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LoanDepot |
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 16615316 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2026          Signature:          /s/Gustava Winters

District/off: 0315-2                        User: auto                              Page 3 of 3
Date Rcvd: Apr 08, 2026                      Form ID: pdf900                        Total Noticed: 29

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Charles James Grudowski | on behalf of Debtor Jeffry T. Murphy cjg@grudowskilaw.com  admin@grudowskilaw.com |
| Denise Carlon | on behalf of Creditor LoanDepot denise.carlon@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Matthew Fissel | on behalf of Creditor LoanDepot bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6